IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE E. DENOYER, | ) | 4:13CV3200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF SOUTH DAKOTA, | ) | |
| STATE OF NEBRASKA, STATE OF | ) | |
| MISSOURI, and MINNEHAHA | ) | |
| COUNTY - SD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Reconsider the court's Memorandum and Order dated December 17, 2013. (Filing No. 9.) Plaintiff argues that he should not be required to pay an initial partial filing fee in this matter because he is a pretrial detainee and the Prison Litigation Reform Act does not apply to pretrial detainees. (*Id.*) Plaintiff is mistaken. The Prison Litigation Reform Act defines a "prisoner" to include someone accused of a crime, and thus, includes pretrial detainees. *See* 42 U.S.C. § 1997e(h). Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Reconsider (Filing No. 9) is denied.

DATED this 6th day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.