IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE E. DENOYER, | ) | 4:13CV3200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF SOUTH DAKOTA, | ) | |
| STATE OF NEBRASKA, STATE | ) | |
| OF MISSOURI, and MINNEHAHA | ) | |
| COUNTY - SD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Extension of Time. (Filing No. 11.)  In his Motion, Plaintiff asks the court to extend the time to pay the court ordered $3.49 initial partial filing fee until he receives his "TAX REFUND" for 2013. (*Id*.; Filing No. 8.)  However, it is unclear when, or if, Plaintiff will receive a tax refund for 2013.  In other words, Plaintiff is asking for an indefinite extension of time to pay the initial partial filing fee.  The court will not grant such a request, but will reasonably extend the time to pay the initial partial filing fee in this matter.  Accordingly,

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for Extension of Time (filing no. 11) is granted in accordance with this Memorandum and Order.

2.  Plaintiff shall pay the court ordered $3.49 initial partial filing fee by February 28, 2014.

DATED this 21st day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.